

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00425-CR

**EX PARTE** Abraham Jared Delgado **PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 11181CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: August 23, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We therefore grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish